# United States District Court
## For The Western District of North Carolina
## Statesville Division

CHAD TYRONE KINCAID,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

5:12CV166
(5:05CR235-4-V)

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/7/12 Order.

Signed: December 7, 2012

Frank G. Johns, Clerk
United States District Court